1018

No. 11–6490. DEMOE v. FRANKE, SUPERINTENDENT, TWO RIVERS CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 11–6510. BROGLI v. OREGON. Ct. App. Ore. Certiorari denied.

No. 11–6511. BASSETT v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 11–6560. WEATHERSPOON v. McDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6578. PRINCE v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 11–6612. SIFRIT v. ROWLEY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6613. RIVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6615. BYERS, ON BEHALF OF BYERS v. MARLBORO COUNTY SCHOOL DISTRICT. C. A. 4th Cir. Certiorari denied.

No. 11–6618. AVILA v. McDONALD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6655. ARELLANO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6660. RUBIO-AYALA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–6665. CUDJOE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–6671. LARA-VENTURA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–6687. SIMMONS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

